# NOTES OF CAUSES

## Decided during the period comprised in this Volume, and not reported in full.

---

No. 2424. HARLE *v.* MORGAN & Co. April Term, 1889. Motion to reinstate appeal dismissed at former term for failure to file exceptions within time. See 30 S. C., 611. Motion was based upon affidavits stating that appellant had served exceptions as soon as his attorney could procure from the stenographer a copy of the testimony upon which to frame them, and that he believed that to be within time.

The motion was refused PER CURIAM, the court saying, "We do not find evidence in the case sufficient to satisfy us that the omission to serve exceptions within the prescribed time resulted from either mistake or inadvertence." Filed April 17, 1889. *Stanyarne Wilson*, for motion. *Andrew Moore*, contra.

No. 2425. STODDARD *v.* ROLAND. April Term, 1889. Motion to reinstate appeal dismissed by the clerk of this court for failure to file return within time. Motion granted, it appearing that the parties had within the time agreed upon a statement of the case as a return which was thereupon filed with the clerk of the Circuit Court and handed to the printer, and that the failure to file a copy with the clerk of this court within time resulted from the delay of the printer in printing. PER CURIAM, April 17, 1889. *B. W. Ball*, for motion. *J. T. Johnson*, contra.